19029. ROGERS *v.* TAINTOR *et al.*

HEAD, Justice. The petition in the present case does not seek the appointment of a receiver, or any other equitable relief, as was true in *Rogers v. Taintor,* 199 *Ga.* 192 (33 S. E. 2d 708). The allegations and the prayers demonstrate that this is an action at law, and is not an equity case within the provisions of the Constitution, art. VI, sec. II, par. IV (Code, Ann., § 2-3704). See *Burress* v. *Montgomery,* 148 *Ga.* 548 (97 S. E. 538); *Robinson* v. *Lindsey,* 184 *Ga.* 684 (192 S. E. 910); *Atlanta Finance Co.* · v. *Fitzgerald,* 189 *Ga.* 121 (5 S. E. 2d 242); *White* v. *Georgia Railroad &c. Co.,* 197 *Ga.* 238 (28 S. E. 2d 858).

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED JULY 12, 1955—DECIDED SEPTEMBER 12, 1955.

806

*Heyman & Abram, Charles F. Wittenstein,* for plaintiff in error.
*Eugene L. Tiller,* contra.